**Order entered November 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01577-CV

### IN THE INTEREST OF J.A.S.C., J.A.L.C., N.D.C, AND G.S.C

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-08960-T**

## ORDER

This is an accelerated appeal in a child protection case. *See* TEX. R. APP. P. 28.4. Pursuant to Texas Rule of Appellate Procedure 35.1(b), the appellate record was due November 22, 2013. *See id.* 35.1(b). The clerk's record has been filed; the reporter's record has not. Accordingly, we **ORDER** Kim Allen, Official Court Reporter, to file the record no later than **December 9, 2013**. If necessary, arrangements for a substitute reporter must be made as no extensions will be granted absent exigent circumstances. *See id.* 28.4(b)(1),(2). Because appellant filed an affidavit of inability to pay costs and the affidavit was not contested, the record must be prepared without prepayment of costs. *See id.* 20.1(f).

We **DIRECT** the Clerk of the Court to send a copy of this order to (1) the Honorable Lynn Cherry, Presiding Judge of the 301st Judicial District Court, and (2) Kim Allen, Official Court Reporter of the 301st Judicial District Court.

/s/      DOUGLAS S. LANG
         PRESIDING JUSTICE